UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

NOV 20 2018

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | **L-18-0912** |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | **UNDER SEAL** |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**MOTION TO SEAL INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States, by and through its United States Attorney and undersigned Assistant United States Attorney, and the Assistant Attorney General and undersigned Department of Justice Trial Attorneys, respectfully request the Court enter an order directing the Clerk of the Court to **SEAL** the Criminal Indictment and the Motion and Order to Seal in the above-referenced case as to the above defendant until the arrest of the named defendant, at which time it is requested that this Criminal Indictment, Motion and Order be unsealed.

November 20, 2018.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By:
Jose Homero Ramirez
Assistant United States Attorney