**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. L-18-0912** |
| | § | |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | **UNDER SEAL** |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**ORDER TO SEAL INDICTMENT**

The Government's Motion to SEAL the above-referenced Criminal Indictment, Motion, and Order to Seal as to the above-named defendant is hereby **GRANTED** until the arrest of the named defendant, at which time this Criminal Indictment, Motion, and Order shall be unsealed.

DONE at Laredo, Texas on this 20 day of November, 2018.

SAM SHELDON
UNITED STATES MAGISTRATE JUDGE

U. S. MARSHAL'S OFFICE
BY: Janell Moreno
DATE: 11-20-18
TIME: 4:31 pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | L-18-0912 |
| MOKTAR HOSSAIN; | § | |
| AKA MUKTAR HUSSAIN; | § | |
| AKA MUSA; | § | |
| AKA MUSA BHAI; | § | |
| AKA BABU BHAI; | § | |
| AKA ASHRAF; | § | UNDER SEAL |
| AKA ASHRAB; | § | |
| AKA RICKY; | § | |
| AKA CARLOS | § | |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

It appearing to the Court that a Criminal Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| MOKTAR HOSSAIN;<br>AKA MUKTAR HUSSAIN;<br>AKA MUSA;<br>AKA MUSA BHAI;<br>AKA BABU BHAI;<br>AKA ASHRAF;<br>AKA ASHRAB;<br>AKA RICKY;<br>AKA CARLOS | To be set at Initial Appearance |

ENTERED in Laredo, Texas, this 20 day of November, 2018.

UNITED STATES MAGISTRATE JUDGE

U. S. MARSHAL'S OFFICE
BY: Janell Moreno
DATE: 11-20-18
TIME: 4:21pm