United States District Court
Southern District of Texas
**ENTERED**
November 30, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| Moktar Hossain | § | |

**ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE**

Because the Defendant, Moktar Hossain, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

**Attorney appointed: Federal Public Defender**

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on November 30, 2018.

Dena Palermo
Dena Hanovice Palermo
United States Magistrate Judge