AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Moktar Hossain<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 5:18-CR-00912 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 12/12/2018

*Attorney's signature*

James Hepburn - PA Bar #200051
*Printed name and bar number*

Department of Justice
1301 New York Ave., NW
Suite 200
Washington, DC 20530
*Address*

james.hepburn2@usdoj.gov
*E-mail address*

(202) 307-2908
*Telephone number*

(202) 616-2491
*FAX number*