United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 5:18−cr−00912 |
| | § | |
| Moktar Hossain | § | |

**ORDER OF DETENTION PENDING TRIAL**

Defendant filed a Response to Notice of Detention Hearing waiving the right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). As such, Defendant is ORDERED detained. Should additional evidence come to light, or conditions become available that would materially affect this Court's ruling, Defendant may request a hearing.

Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Signed on the 19th of December 2018.

Diana Song Quiroga

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE