UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:18-0912 |
| | § | |
| Moktar Hossain | § | |

**DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT**

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for December 19, 2018 **before Magistrate Judge** Diana Song Quiroga.

Respectfully submitted on December 19, 2018.

MOUKTAR HOSSAIN
Printed Name of Defendant

[signature]
Signature of Defendant

Roel Canales
Printed Name of Attorney

[signature]
Signature of Attorney

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than ***48 hours*** prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.