United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 5:18−cr−00912 |
| | § | |
| Moktar Hossain | § | |

ORDER ON WAIVER OF ARRAIGNMENT

Based on the affirmations contained in the Defendant's Written Waiver of Arraignment, the Court HEREBY accepts Defendant's waiver, excuses his attendance at the arraignment scheduled in this case, and ORDERS that this case be removed from the list of arraignments scheduled before the court.

Diana Song Quiroga
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date of order: December 19, 2018