United States District Court
Southern District of Texas
**ENTERED**
December 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| v. | § | Criminal No. 5:18-CR-0912 |
| MOKTAR HOSSAIN | § | |
| Defendant | | |

**ORDER**

Having considered the Motion for extension of time within which to file pre-trial motions of the Defendant, MOKTAR HOSSAIN. The same is hereby:

_____✓(GRANTED) __________ (DENIED).

Until
JAN. 25, 2019.
(DS)

______________________________
HONORABLE DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE