**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 5:18-CR-00912** |
| | § | |
| **MOKTAR HOSSAIN;** | § | |
| **AKA MUKTAR HUSSAIN;** | § | |
| **AKA MUSA;** | § | |
| **AKA MUSA BHAI;** | § | |
| **AKA BABU BHAI;** | § | |
| **AKA ASHRAF;** | § | |
| **AKA ASHRAB;** | § | |
| **AKA RICKY;** | § | |
| **AKA CARLOS** | § | |

**ORDER ON MOTION TO CERTIFY**

On this day came to be heard the Government's Motion to Certify the above-styled case as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), or alternatively, (iv), which constitutes excludable time under the Speedy Trial Act. Having considered the evidence and the argument of counsel as set forth in the motion, said Motion is hereby:

GRANTED / DENIED.

The above-styled cause of action is certified as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).

OR

The above-styled cause of action is certified as complex pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv).

The Court sets a deadline for the filing of all pre-trial motions is _______________, 2019.

The pre-trial conference is set for ___________________________________, 2019.

DONE at Laredo, Texas on ____________________, 2019.

________________________________
Diana Saldaña
United States District Judge