United States District Court
Southern District of Texas
ENTERED
April 25, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL ACTION NO. 5:18-CR-912** |
| | § | |
| **MOKTAR HOSSAIN; aka HUSSAIN; aka MUSA; aka BHAI; aka BHAI; aka ASHRAF; aka ASHRAB; aka RICKY; aka CARLOS** | §<br>§<br>§<br>§ | |

**ORDER**

Defendant Moktar Hossain stands charged with alien smuggling. (Dkt. 1.) On April 23, 2019, Defendant filed a "Motion to Suppress Statements and Evidence." (Dkt. 40.) The Government is hereby ORDERED to respond to Defendant's motion by **Thursday, May 9, 2019**.

IT IS SO ORDERED.

SIGNED this 25th day of April, 2019.

Diana Saldaña
United States District Judge