Attachment A

(Miranda Waiver)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## অধিকারের বিবৃতি

1) আমাদের কাছে কোন প্রশ্ন করার আগে, আপনার অধিকার সম্পর্কে উপদেশ দেয়ার দায়িত্ব

2) আমার কর্তব্য: নীরব থাকার অধিকার আপনার আছে।

3) কোন কোন আইন বা অন্য কোন প্রক্রিয়ায় আপনার বিরুদ্ধে ব্যবহার করা যেতে পারে।

4) কোনো বিবৃতি দেওয়ার বা কোনো প্রশ্নের উত্তর দেওয়ার আগে আপনি একজন এটর্নি-এর সাথে পরামর্শ করার অধিকার রাখেন।

5) প্রশ্ন করার সময় আপনার সাথে একজন এটর্নি উপস্থিত থাকার অধিকার আপনার আছে।

6) যদি আপনি একজন অ্যাটর্নি (আ.) কে না চান, তাহলে তোমাদের জন্য কোন প্রশ্ন করার আগে আপনার জন্য নিযুক্ত করা হবে।

7) আপনি যদি এখন প্রশ্নের উত্তর দেওয়ার সিদ্ধান্ত নেন, তাহলে আপনি এখনও যে কোন সময় প্রশ্নটি থামানোর অধিকার রাখেন, অথবা কোন অ্যাটর্নিকে পরামর্শ দেয়ার জন্য প্রশ্ন করা বন্ধ করতে হবে।

## ওয়েভার

আমি পড়েছি, অথবা কেউ আমার কাছে পড়তে গেছে, আমার অধিকারের এই উক্তি এবং আমি বুঝতে পারছি আমার অধিকার কি। এ সময় আমি একজন আইনজীবী উপস্থিত না থাকায় প্রশ্নের উত্তর দিতে হবে।

MOKTAR HOSSAIN 9:27 pm

নাম মুদ্রণ করুন

[signature] 11/29/2018

স্বাক্ষর তারিখ

[signature] SA Mohammed A. 11/29/2018

সাক্ষী Date

[signature] 11/29/2018

Witness SA Ryan DiAndrea Date

DEPARTMENT OF HOMELAND SECURITY
US Immigration and Customs Enforcement

## Statement of Rights

1. Before asking any questions to us, I am responsible for giving advice about your rights.
2. My duty: You have the right to remain silent.
3. It can be used against you in different laws or in any other process.
4. Before giving a statement or answering any questions, you have the right to consult with an attorney.
5. During the questioning, you have the right to have an attorney present with you.
6. If you do not want an attorney, then one will be appointed for you before you are asked any questions.
7. If you decide to answer the question now, you still have the right to stop the questioning at any time, or to stop asking questions to advise an attorney.

---

## Waiver

I have read, or someone read it to me, this statement of my rights and I understand what my rights are. At this time, I will be answering the questions because I do not have a lawyer.

____________
Print name

______________ ______________
Signature Date

______________ ______________
Witness Date

______________ ______________
Witness Date