Attachment C

(Discs of Interview)

Attachment C

(Interview of Moktar Hossain)

(Disc 1)



Attachment C

(Interview of Moktar Hossain)

(Disc 2)

