UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

*VERSUS*

MOKTAR HOSSAIN

CRIMINAL ACTION NO. 5:18-cr-00912

# EXHIBIT LIST

JUDGE DIANA SALDAÑA

CASE MANAGER: CLAUDIA RODRIGUEZ

LIST OF

☒ GOVERNMENT ☐ DEFENDANT

PROCEEDING: Suppression Hearing

DATE (S): June 4, 2019

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1 | Miranda Waiver - Bengali and English Translation | | | | |
| 2 | Transcript of Interview - November 29, 2018 | | | | |
| 3 | Transcript of Interview - Updated on May 30, 2019 | | | | |
| 4 | Recording of Interview - November 29, 2018 (2 Discs) | | | | |
| 5 | Consent Form to Search Phones | | | | |
| 6 | Miranda Waiver - Original - English | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |