United States District Court
Southern District of Texas
**ENTERED**
October 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDOLAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br><br>MOKTAR HOSSAIN,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 5:18-CR-912-1-S<br><br>ORDER AND NOTICE OF SETTING |

**ARRAIGNMENT AND STATUS CONFERENCE ON SUPERSEDING INDICTMENT**
**(Waivers will not be accepted.)**

The arraignment on the Superseding Indictment in this case is set for:

October 17, 2019, at 10:00 a.m.
U.S. Magistrate Judge Diana Song Quiroga
Courtroom 2A, United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

The parties shall be prepared to discuss the nature of the changes and whether additional time is required to review discovery and prepare for the final pretrial conference. The AUSA covering the case shall be prepared and ready to address all aspects of the case. **The previously issued Scheduling Order remains in place unless and until changed by the District Court.**

Done on October 9, 2019, at Laredo, Texas.

BY THE COURT:

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE