**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRCIT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 5:18-CR-00912-S-001** |
| | § | |
| **MOKTAR HOSSAIN** | § | |

**ORDER**

The Court having considered the second Motion to Extend Time to File Response to the Presentence Investigation Report finds the Motion should be and same hereby is

________ Granted ________Denied

The deadline to respond to the Presentence Investigation Report is set for

____________________, 2020.

Signed on ___________________________.

_____________________________________
DIANA SALDAÑA
UNITED STATES DISTRICT JUDGE